UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HABEEB YAZDANI ,

    Plaintiff,

 -vs-                                          Case No. 08-14610
                                                   Hon. Paul D. Borman

PINNACLE FINANCIAL GROUP INCORPORATED,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL of PINNACLE FINANCIAL GROUP INCORPORATED WITH PREJUDICE

The Plaintiff dismisses all claims against PINNACLE FINANCIAL GROUP INCORPORATED with prejudice and without costs, sanctions, or attorneys fees.

                                                   Respectfully Submitted,

                                                 ADAM G. TAUB & ASSOCIATES
                                                 CONSUMER LAW GROUP, PLC

                         By:    s/ Adam G. Taub_____
                                Adam G. Taub (P48703)
                                Attorney for Habeeb Yazdani
                                18930 West Ten Mile Rd, Ste 2500
                                Southfield, MI 48075
                                (248) 746-3790
                                adamgtaub@clgplc.net

Dated: December 5, 2008